# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CLOVIS ONCOLOGY, INC., *et al.*,[1] | Case No. 22-11292 (JKS) |
| Debtors. | (Jointly Administered) |
| The Official Committee of Unsecured Creditors of Clovis Oncology, Inc., *et al.*, | |
| Plaintiff, | Adv. Proc. No. 23-_____ (JKS) |
| v. | |
| TOP IV Talents, LLC, TAO Talents, LLC, TOP IV SPV GP, LLC, and John Doe Entities 1-100, | |
| Defendants. | |

## COMBINED CLAIM OBJECTION AND COMPLAINT[2]

## FILED UNDER SEAL

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their U.S. federal tax identification number, to the extent applicable, are Clovis Oncology, Inc. (5355), Clovis Oncology UK Limited, and Clovis Oncology Ireland Limited. The Debtors' headquarters is located at 5500 Flatiron Parkway, Suite 100, Boulder, CO 80301.

[2] On April 3, 2023, the Official Committee of Unsecured Creditors (the "Committee") filed the *Omnibus (I) Motion of the Official Committee of Unsecured Creditors for Exclusive Leave, Standing, and Authority to Prosecute and Settle Certain Claims, Causes of Action, and Claim Objections on Behalf of the Debtor's Estates and (II) Claim Objection* [Docket No. 545] (the "Standing Motion"). The Debtors, the defendants, and the Committee subsequently resolved the Standing Motion by agreeing that the Committee has authority to file this Complaint. Because the Standing Motion has thus been mooted, the Committee is incorporating its Claim Objection into this Complaint to supersede the prior Claim Objection incorporated into the Standing Motion, so that all of the Committee's claims and objections are contained in one operative pleading.