**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CLOVIS ONCOLOGY, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11292 (JKS)<br><br>(Jointly Administered) |
| The Official Committee of Unsecured Creditors of Clovis Oncology, Inc., *et al.*,<br><br>Plaintiff,<br>v.<br><br>TOP IV Talents, LLC, TAO Talents, LLC, TOP IV SPV GP, LLC, and John Doe Entities 1-100,<br><br>Defendants. | Adv. Proc. No. 23-50367 (JKS)<br><br>**Re: Adv. Docket No. 22** |

**ORDER AUTHORIZING LENDERS TO FILE UNDER SEAL CERTAIN CONFIDENTIAL INFORMATION IN THE LIMITED SURREPLY CONCERNING ARGUMENTS RELATED TO EXPERTS IN THE REPLY OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN SUPPORT OF ITS COMBINED CLAIM OBJECTION AND COMPLAINT**

Upon the motion (the "**Motion**")[2] of TOP IV SPV GP, LLC, as administrative agent under the Financing Agreement for TOP IV Talents, LLC and TAO Talents, LLC (collectively, "**Lenders**"), for an order under sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, for an order authorizing Lenders to file under seal the Limited Surreply; and the Court having reviewed the Motion; and the Court having jurisdiction to consider

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification number, to the extent applicable, are Clovis Oncology, Inc. (5355), Clovis Oncology UK Limited, and Clovis Oncology Ireland Limited. The Debtors' headquarters is located at 5500 Flatiron Parkway, Suite 100, Boulder, CO 80301.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and the Court having determined that there is good and sufficient cause for the relief granted in this order, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. Lenders are authorized to file under seal those portions of the Limited Surreply containing the Confidential Information.

3. The Confidential Information shall remain under seal, and shall not be made available to anyone, except Lenders shall provide unredacted copies of the Limited Surreply to the Court, the U.S. Trustee, the Committee, the Debtors, and any other parties in interest as may be ordered by the Court.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. Lenders are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: June 9th, 2023**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**