**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CLOVIS ONCOLOGY, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11292 (JKS)<br><br>(Jointly Administered) |
| The Official Committee of Unsecured Creditors of Clovis Oncology, Inc., *et al.*,<br><br>Plaintiff,<br>v.<br>TOP IV Talents, LLC, TAO Talents, LLC, TOP IV SPV GP, LLC, and John Doe Entities 1-100,<br>Defendants. | Adv. Proc. No. 23-50367 (JKS)<br><br>**Re: Adv. D.I. 26** |

**CERTIFICATE OF SERVICE**

I, Alexander R. Steiger, do hereby certify that on June 9, 2023, copies of the following document were served in the manner indicated upon the parties on the attached list:

- *Order Authorizing Lenders to File Under Seal Certain Confidential Information in the Limited Surreply Concerning Arguments Related to Experts in the Reply of the Official Committee of Unsecured Creditors in Support of Its Combined Claim Objection and Complaint* [D.I. 26]

*/s/ Alexander R. Steiger*
Alexander R. Steiger (No. 7139)

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification number, to the extent applicable, are Clovis Oncology, Inc. (5355), Clovis Oncology UK Limited, and Clovis Oncology Ireland Limited. The Debtors' headquarters is located at 5500 Flatiron Parkway, Suite 100, Boulder, CO 80301.

**<u>Adv. Proc. 23-50367 (JKS) – Service List</u>**

***Via Email***

L. Katherine Good
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
E-mail: kgood@potteranderson.com

Lorenzo Marinuzzi
Theresa Foudy.
Michael Birnbaum
Benjamin Butterfield
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
E-mail: lmarinuzzi@mofo.com
tfoudy@mofo.com
mbirnbaum@mofo.com
bbutterfield@mofo.com

Andrew R. Remming
Matthew O. Talmo
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
E-mail: aremming@morrisnichols.com
mtalmo@morrisnichols.com

Rachel C. Strickland
Andrew S. Mordkoff
Erin C. Ryan
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019-6099
E-mail: rstrickland@willkie.com
amordkoff@willkie.com
eryan@willkie.com